```
FILED ✓   LODGED ___
RECEIVED ___ COPY ___

APR 1 6 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# United States District Court
## DISTRICT OF ARIZONA

United States of America
v.
**Alonzo Thomas Yazzie**

Defendant

**REDACTED CRIMINAL COMPLAINT**

CASE NUMBER: 07-04109M-001-PCT-MEA

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

**On or about April 13, 2007, in the District of Arizona, and within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, Alonzo Thomas Yazzie (an adult Indian male), did assault Joefina Meyers (an adult Indian female), resulting in serious bodily injury,**

In violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

### See Attached Affidavit of Probable Cause Incorporated by Reference Herein

Continued on the attached sheet and made a part hereof:    __X__ Yes    _____ No

AUTHORIZED BY: Assistant United States Attorney **Camille Bibles** *CB*

**Steven E. Thompson, FBI Special Agent**
Complainant's Name & Title

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

April 16, 2007                              at       Flagstaff, Arizona
Date                                                 City and State

**Mark Aspey**
United States Magistrate Judge

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### REDACTED AFFIDAVIT OF PROBABLE CAUSE

Your affiant, Steven E. Thompson, after being duly sworn, does hereby state that he is a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and has been so employed for approximately three years, and as such is vested with the authority to investigate violations of Federal laws, including Title 18 of the United States Code. Your affiant is currently assigned to the Phoenix Division of the FBI, Flagstaff, Arizona Resident Agency and has investigative responsibilities for crimes occurring in Indian Country, specifically on the Navajo Nation Indian Reservation, within the District of Arizona.

The statements contained in this affidavit are based on investigation conducted by FBI SA Don Treat and other law enforcement officers, and relayed to your affiant by SA Treat. Because this affidavit is made for the limited purpose of establishing probable cause, your affiant has not listed each and every fact known to him concerning this investigation. Further, your affiant states as follows:

1) On April 13, 2007 at approximately 2135 hours, the Navajo Nation Police Department at Dilkon, Arizona received a report of shots fired in Greasewood, Arizona within the confines of the Navajo Nation Indian Reservation. Officer E. Nez responded with Officer C. Gilbert and, upon arrival, contacted Jophina Meyers (an adult Indian female) and Jane Doe (a 17 year old Indian female) in a trailer behind the residence of Dolly Yazzie in Greasewood, Arizona. Both Meyers and Doe were observed to have suffered trauma to their faces and heads. Jophina Meyers advised that the injuries were caused by Alonzo Yazzie (an adult Indian male). Doe stated that the assault occurred in the Summit area near Window Rock, while Meyers stated that the assault occurred in the trailer. Meyers and Doe were transported by ambulance to Sage Memorial Hospital in Ganado, Arizona. Officer Nez was told by Marlene Yazzie that she had noticed that the north window in the trailer had been shot. Marlene Yazzie further stated that her children told her that Alonzo Yazzie had left approximately 15 minutes prior and was observed by

1

the children to be carrying a rifle or double-barreled shotgun. The children told Marlene Yazzie that he was going to kill himself. Officer Nez also observed a round breakage in the north window similar to a gunshot hole.

2)   On April 14, 2007, Jophina Meyers was interviewed by Officer K. Tilden, Officer C. Curtis and Officer C. Holgate and stated the following:

Meyer's boyfriend Alonzo Yazzie had beaten her at her house, a trailer behind the residence of Dolly Yazzie. Yazzie beat her with a rifle, pointed the rifle at her face and threatened to shoot her. Yazzie's mother, Dolly Yazzie, came to the trailer and tried to protect Meyers from Yazzie. Yazzie fired two rounds from the rifle inside the house, and fired two more rounds outside the house. Meyers was taken to Sage Memorial Hospital, then transferred to Gallup Indian Medical Center (GIMC). Meyers was observed to have suffered severe facial trauma, and advised that she was diagnosed at GIMC with fractures to her nose and cheek. Yazzie called Meyers and apologized. When the officers were present, Yazzie called a second time and apologized; the telephone call was recorded by Officer Holgate.

3)   On April 14, 2007, Jane Doe was interviewed by Officer K. Tilden, Officer C. Curtis and Officer C. Holgate and stated the following:

Doe heard Yazzie and Meyers arguing and saw Yazzie hit Meyers. Doe then kicked Yazzie to get him off of Meyers. Yazzie then hit Doe and pushed her, causing her to fall on the steps. Doe then lost consciousness and can only remember Yazzie hitting her once.

4)   On April 14, 2007, SA Treat, Navajo Criminal Investigator (CI) Fayetta Billie and numerous officers from the Navajo Police Department, including members of the Window Rock Special Response Team (SRT), conducted operations in the Greasewood area in an attempt to apprehend Yazzie. Part of those operations included contacting Dolly Yazzie. After conducting operations at three separate locations and before Yazzie was apprehended, information was received that Dolly Yazzie had delivered Alonzo Yazzie to the Dilkon Police Department. SA Treat and CI Billie then interviewed Yazzie at the

1  Dilkon Police Department. After being advised of his constitutional rights as per Miranda,
2  Alonzo Yazzie provided the following information:
3        The previous day, Yazzie and Meyers were going to go to Window Rock to pawn
4  two of Yazzie's guns in order to obtain money for hay. On the way to Window Rock, they
5  stopped at Ganado High School and checked Doe out. After pawning the guns in Window
6  Rock, Meyers wanted Yazzie to buy her alcohol so they went to Sagebrush Liquor. Yazzie
7  bought a 30 pack of Bud Light, two Smirnoff Triple Blacks, and a pint of 100 proof Hot
8  Damn. Yazzie already had another pint of Hot Damn in the glove compartment of the
9  truck. Yazzie, Meyers and Doe drank the entire pint of Hot Damn, with beer, and Yazzie
10 opened the second pint of Hot Damn. They stopped near Kinlichee to go to the bathroom
11 and pulled off onto a dirt road. After going to the bathroom, Meyers and Doe were
12 standing near the rear of the truck, smoking a cigarette. Meyers was using her cell phone,
13 and Yazzie determined that she was talking to her old boyfriend, Albertson (Last Name
14 Unknown). Yazzie got mad and took the phone from Meyers. Meyers slapped Yazzie in
15 the face, and Yazzie backhanded Meyers. Doe then jumped on Yazzie. A fight ensued
16 wherein Yazzie punched Meyers in the face two or three times, kicked Meyers in the face
17 once, and may have hit Doe. They then drove back to Greasewood, where Meyers fell out
18 of the truck and hit her face. Dolly Yazzie joined them and told Yazzie that someone had
19 called the police, so he left the area. He woke up under a bush and walked to his sheep
20 camp, where he called Dolly Yazzie and learned that the police and FBI were looking for
21 him. Dolly Yazzie then came to the sheep camp, picked him up, and took him to the
22 Dilkon Police Department. Yazzie stated that he owns or has owned several guns,
23 including a 45 caliber pistol, a shotgun, a 30-06 rifle, and an SKS rifle. Yazzie denied
24 having any guns during the fight with Meyers and Doe. Yazzie was observed to have a
25 swollen right hand and scratches on his right shoulder and neck.
26     5)    CI Billie, Officer Tilden, Officer Holgate and Officer Curtis conducted a
27 search of the trailer and found a Colt 45 caliber bullet behind the couch and a boot with a
28

red substance on it which appeared to be blood. More suspected blood stains were inside a brown 1976 Ford truck registered to Alonzo Yazzie.

6) Based on the information set forth in this affidavit, your affiant submits that there is probable cause to believe that on or about April 13, 2007, within the boundaries of the Navajo Nation Indian Reservation and within the District of Arizona, Alonzo Thomas Yazzie (an adult Indian male), did assault Jophina Meyers (an adult Indian female), resulting in serious bodily injury to Meyers, in violation of Title 18, United States Code, Sections 113(a)(6) and 1153. Further your affiant saith not.

Steven E. Thompson
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 16TH day of April, 2007.

Mark Aspey
United States Magistrate Judge

4