

## WRITTEN RECORD OF PLEA AGREEMENT
## U.S. MAGISTRATE JUDGE
## FLAGSTAFF, ARIZONA

UNITED STATES OF AMERICA v.  __Alonzo Thomas Yazzie__

MAG./CITATION NO. __CR07-C0591-C01-PCT-MEA__

Year of Birth: __1980__   Last four of SSN: __1024__

VIOLATION PLEADING GUILTY TO: __Information charging Simple Assault, in violation of 18 U.S.C. §§ 1153 & 113(a)(5), a class B misdemeanor__

MAX. FINE: __$5,000__

MAX. IMPRISONMENT: __Six (6) Months__

MAX. PROBATION/SUPERVISED RELEASE: (18 U.S.C. § 3561(c) and § 3583(b)(3)) _____
__Five (5) Years Probation/Supervised Release not available__

SPECIAL ASSESSMENT (18 U.S.C. § 3013): __$10.00 each count__

RULE 11(c)(1)(C), F.R. Crim. P., Stipulated Sentence: __The defendant shall be sentenced to one (1) year supervised probation, a condition of which is that the defendant shall successfully complete anger management counseling and any other mental health treatment programs that probation deems appropriate. The defendant will not be banned from the Navajo Indian Reservation.__

RESTITUTION: __N/A__

DISPOSITION OF ADDITIONAL CHARGES: __The United States will dismiss the complaint 07-04109M-001-PCT-MEA and will not file charges for any of the defendant's actions described in that complaint and affidavit, including any possible charges involving Jane Doe described therein.__

I, __Alonzo Thomas Yazzie__, understand that the above sentencing provision is binding upon the Court if the Court accepts my guilty plea under this plea agreement.

By pleading guilty, I will be giving up my rights to plead not guilty; to confront, cross-examine and compel the attendance of witnesses; to present evidence in my defense; to remain silent and refuse to be a witness against myself by asserting my privilege against self-incrimination – all with the assistance of counsel – and to be presumed innocent until proven guilty beyond a reasonable doubt. I waive my right to trial, agree to enter my plea before and to

be sentenced by a U.S. Magistrate Judge, and waive any right to appeal or otherwise challenge my conviction. The nature of the charge(s) and the possible penalties have been explained to me, and there is a factual basis for each charge to which I am pleading guilty. I understand that the Court may later modify the terms and conditions of any probation or supervised release ordered as part of my sentence. My guilty plea is not the result of force, threats, or promises other than any promises contained in this written agreement. I am not currently under the influence of alcohol or any other intoxicants and I am fully capable of understanding this agreement and enter it voluntarily.

_____   5/14/07
Alonzo Thomas Yazzie              Date
Defendant

_____   5/14/07
Deborah Fine                      Date
Attorney for Defendant

_____   5-14-07
Camille D. Bibles                 Date
Assistant U. S. Attorney

_____   5-14-07
MARK E. ASPEY                     Date
U. S. Magistrate Judge

__X__ ACCEPTED   _____ REJECTED